[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 06-13432
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 23, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-20078-CV-CMA

ALPHAMED PHARMACEUTICALS CORP.,

Plaintiff- Appellant-
Cross-Appellee,

JOHN, JARRETT, NOREEN AND DARREN LEZDEY,

Plaintiffs,

versus

ARRIVA PHARMACEUTICALS, INC., a California
Corporation,
f.k.a. AlphaOne Pharmaceuticals, Inc.,

Defendant- Appellee-
Cross-Appellant,

SPINELLI CORPORATION, an Arizona corporation,

Defendant-Appellee,

CTG & ASSOCIATES LLC, a Georgia limited liability
company, et al.,

Defendants.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

**(September 23, 2008)**

Before BIRCH and MARCUS, Circuit Judges and FORRESTER,[*] District Judge.

PER CURIAM:

Having thoroughly reviewed the record, the briefs of the parties and hearing oral argument by counsel, we AFFIRM the judgment of the district court based on its well-reasoned opinion of 26 May 2006.

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.